1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD EVERETT,

11              Plaintiff,                        No. CIV S-12-0945 GGH P

12        vs.

13   BRAZELTON,

14              Defendant.                        ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

18   defendants.  The alleged violations took place in Fresno County, which is part of the Fresno

19   Division of the United States District Court for the Eastern District of California.  See Local Rule

20   120(d).  See also Everett v. Yates, Case No. 1:11-cv-00150 AWI GSA HC (judgment entered

21   Sept. 12, 2011).

22              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   \\\\\

25   _____

26        [1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

                                                1

1    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

2    court.

3                    Good cause appearing, IT IS HEREBY ORDERED that:

4                    1.  This action is transferred to the United States District Court for the Eastern

5    District of California sitting in Fresno; and

6                    2.  All future filings shall reference the new Fresno case number assigned and

7    shall be filed at:

8                              United States District Court
                             Eastern District of California
9                            2500 Tulare Street
                             Fresno, CA 93721
10

11   DATED: April 30, 2012

12                                          /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE
13
     GGH:rb
14   ever0945.22.fn

15

16

17

18

19

20

21

22

23

24

25

26