1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EVERETT,<br><br>              Plaintiff,<br><br>   v.<br><br>P. BRAZELTON, et al.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:12-cv-00680-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S<br>MOTION FOR LEGAL STATUS ON<br>FORMA PAUPERIS<br>(ECF No. 22) |

Plaintiff Ronald Everett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on April 11, 2012, and the matter was transferred to this Court on April 30, 2012.  On September 13, 2013, the Court dismissed Plaintiff's complaint for failure to state a claim without leave to amend.  (ECF No. 12.)  Judgment was entered the same day.  (ECF No. 13.)  On October 9, 2013, Plaintiff appealed.  (ECF No. 14.)

On December 18, 2014, the Ninth Circuit Court of Appeals affirmed in part, reversed in part and remanded the action to this Court.  (ECF No. 20.)  The Ninth Circuit issued its mandate on January 12, 2015.  (ECF No. 21.)

On March 30, 2015, Plaintiff filed a "Motion for Legal Status on Forma Pauperis."  In his moving papers, Plaintiff states, "[t]he honorable Ninth Circuit order a mandate to this district ruling for Plaintiff, therefore is Plaintiff forma pauperis still intact/active."  (ECF No. 22.)  It is unclear what relief Plaintiff seeks by the instant motion.  To the extent Plaintiff is inquiring

about his current in forma pauperis status, Plaintiff is advised that such status has not been revoked and he continues to proceed in forma pauperis in this action.

IT IS SO ORDERED.

Dated:   **April 1, 2015**                    /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE